*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   James Dru DeMarco<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24–12896–pmm<br><br>Chapter: 13 |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Means Test Calculation 122C–2 Due 9/3/24
Plan Due 9/3/24
Schedules A Due 9/3/24
Schedules B Due 9/3/24
Schedules C Due 9/3/24
Schedules D Due 9/3/24
Schedules E Due 9/3/24
Schedules F Due 9/3/24
Schedules G Due 9/3/24
Schedules H Due 9/3/24
Schedules I Due 9/3/24
Schedules J Due 9/3/24
Statement of Attorney Compensation Due 9/3/24
Statement of Current Monthly Income (122C–1) Due 9/3/24
Statement of Financial Affairs Due 9/3/24
Summary of Assets and Liabilities Due 9/3/24

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: August 20, 2024

By the Court

Patricia M. Mayer
Judge, United States Bankruptcy Court