United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
James Dru DeMarco  
    Debtor

Case No. 24-12896-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 30, 2024      Form ID: pdf900      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Dru DeMarco, 2915 S. 19th Street, Philadelphia, PA 19145-4741 |
| 14917374 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14917380 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 01 2024 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | ^ | MEBN | Oct 01 2024 00:03:46 | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 14917361 | | Email/Text: megan.harper@phila.gov | Oct 01 2024 00:18:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14917358 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 01 2024 00:17:43 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14917359 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2024 00:41:28 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14917360 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2024 00:27:29 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14917362 | | Email/Text: bankruptcy@philapark.org | Oct 01 2024 00:18:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14917363 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 01 2024 00:17:00 | Comenity Capital/Floor & Decor, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14917364 | | Email/Text: mrdiscen@discover.com | Oct 01 2024 00:17:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14917365 | | Email/Text: ECF@fayservicing.com | Oct 01 2024 00:17:00 | Fay Servicing Llc, Attn: Bankruptcy Dept 1601 Lyndon B John, Farmers Branch, TX 75234 |
| 14917366 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2024 00:17:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14919161 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2024 00:26:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 24-12896-pmm   Doc 16   Filed 10/02/24   Entered 10/03/24 00:38:17   Desc Imaged
                              Certificate of Notice    Page 2 of 4

| | | | | |
|---|---|---|---|---|
| District/off: 0313-2 | | User: admin | | Page 2 of 3 |
| Date Rcvd: Sep 30, 2024 | | Form ID: pdf900 | | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14917367 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2024 00:26:51 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14919116 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 01 2024 00:17:00 | U.S. Bank Trust National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14919290 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 01 2024 00:17:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14917369 | | Email/Text: ml-ebn@missionlane.com | Oct 01 2024 00:17:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14917368 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 01 2024 00:17:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14917370 | | Email/Text: bnc@nordstrom.com | Oct 01 2024 00:17:19 | Nordstrom Signature Visa, Attn: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14917371 | | Email/Text: fesbank@attorneygeneral.gov | Oct 01 2024 00:17:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14917372 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 01 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14917746 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 01 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14917373 | ^ | MEBN | Oct 01 2024 00:03:51 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14929081 | ^ | MEBN | Oct 01 2024 00:03:47 | Philadelphia Gas Works, 800 W Montgomery Ave., ATTN:Bankruptcy Dept. 3FL, Philadelphia, PA 19122-2898 |
| 14917375 | | Email/Text: bankruptcy@philapark.org | Oct 01 2024 00:18:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14928193 | | Email/Text: bknotices@snsc.com | Oct 01 2024 00:18:00 | SN Servicing corporation, 323 Fifth Street, Eureka, CA 95501 |
| 14928200 | ^ | MEBN | Oct 01 2024 00:03:45 | SN Servicing Corporation as servicer for, U.S. Bank Trust National Association,, as Trustee of the Bungalow Series IV Tru, c/o LAUREN MOYER, 1325 Franklin Ave., Ste. 160, Garden City, NY 11530-1631 |
| 14917376 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Oct 01 2024 00:17:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 14917378 | | Email/Text: bankruptcy@td.com | Oct 01 2024 00:17:00 | TD Bank, Attn: Bankruptcy 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 14917377 | | Email/Text: bankruptcy@td.com | Oct 01 2024 00:17:00 | TD Bank, Attn: Bankruptcy/TD Card Srvs, PO Box 84037, Columbus, GA 31908-4037 |
| 14917379 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 01 2024 00:18:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14917381 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 01 2024 00:27:07 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, PO box 10335, Des Moines, IA 50306-0335 |
| 14917382 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 01 2024 00:27:33 | Wells Fargo Mortgage, Att: Written Correspondance Dept, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14928194 | *P++ | SN SERVICING CORPORATION, 323 FIFTH ST, EUREKA CA 95501-0305, address filed with court:, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust bkecf@friedmanvartolo.com |
| MICHAEL A. CIBIK | on behalf of Debtor James Dru DeMarco help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   James Dru DeMarco  )  Case No. 24−12896−pmm
  )
  )
Debtor(s).  )  Chapter: 13
  )
  )

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 09/16/2024, this case is hereby DISMISSED.

**Date: September 30, 2024**

_____
Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure Statement
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C−2